IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**JENNIFER TISDALE PATTERSON**                                          **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO.: 2:12-cv-00003(KS)(MTP)**

**SIMPSON COUNTY, MISSISSIPPI;**
**SERGEANT MIKE BROWN; AND**
**UNIDENTIFIED DEFENDANTS 1-3**                              **DEFENDANTS**

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(ii), that the above-entitled action, Civil Action No. 2:12cv00003(KS)(MTP), may be dismissed with prejudice, pursuant to the terms of a Release of Claims and Settlement Agreement entered into between the Parties, which Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action. The Parties further agree that based on the foregoing Stipulation, the Court may enter an Order dismissing this cause with prejudice.

Respectfully submitted,

*/s/ Brandon L. Brooks*
BRANDON L. BROOKS
Attorney for Plaintiff

*/s/ Saundra Strong*
GARY E. FRIEDMAN
SAUNDRA STRONG
Attorneys for Defendants

PD.8114498.1

## CERTIFICATE OF SERVICE

I, SAUNDRA STRONG, do hereby certify that I have this day filed the above and foregoing *STIPULATION OF DISMISSAL* with the clerk of the court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Brandon L. Brooks, Esquire
610 West Pine Street
Hattiesburg MS 39401
(601) 544-6110
Brandonbrooks_email@yahoo.com

*ATTORNEY FOR PLAINTIFF*

THIS, 13th day of February, 2013.

*/s/ Saundra Strong*
SAUNDRA STRONG