IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**JENNIFER TISDALE PATTERSON**                          **PLAINTIFF**

VS.                          **CIVIL ACTION NO: 2:12-cv-00003(KS)(MTP)**

**SIMPSON COUNTY, MISSISSIPPI;**
**SERGEANT MIKE BROWN; AND**
**UNIDENTIFIED DEFENDANTS 1-3**                          **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by Plaintiff Jennifer Tisdale Patterson and Defendants Simpson County, Mississippi and Sergeant Mike Brown, with the Clerk of the Court in Civil Action No. 2:12cv00003(KS)(MTP), and as further evidenced by the signatures of their duly authorized counsel of record on the Stipulation of Dismissal, the Court holds that Plaintiff's claims against Simpson County, Mississippi and Sergeant Mike Brown, should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against the Defendants are dismissed in their entirety with prejudice.

SO ORDERED, this the 14th day of February, 2013.

                                                   *s/ Keith Starrett*
                                           UNITED STATES DISTRIC JUDGE

 */s/ Brandon L. Brooks*
BRANDON L. BROOKS

 */s/ Saundra Strong*
GARY E. FRIEDMAN
SAUNDRA STRONG

PD.8114635.1